No. 11–6485. DEL VALLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–6492. GUADALUPE MENDOZA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6496. SMITH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 11–6502. MICKENS v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 11–6503. NELSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6504. MERCER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6505. VAN v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 11–6508. JACKSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6509. LEWIS v. BERGH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6513. WALCOTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6515. ZAVALA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–6516. VALDES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6522. SEAY v. O'BRIEN, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–6525. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

